# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )

    **Kenneth Thomas Bankston, Jr.** )
    **Lali Ghlonti-Bankston** )

          )      Case No.

          )

          )

          )

## VERIFICATION OF MASTER ADDRESS LIST

        I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

        I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:      **April 29, 2026**          **/s/ Kenneth Thomas Bankston, Jr.**
                                                Debtor's Signature

DATED:      **April 29, 2026**          **/s/ Lali Ghlonti-Bankston**
                                                Joint Debtor's (if any) Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/25)

Bankston, Jr., Kenneth and Lali - - Pg. 1 of 1

Home Run PACE Funding
750 University Ave. # 140
Los Gatos, CA 95032


Joseph Sarachek, Attorney
670 White Plains Rd. # PH
Scarsdale, NY 10583


Lenard E. Schwartzer, Chapter 7 Trustee
2850 S Jones Blvd. # 1
Las Vegas, NV 89146


Rocket Mortgage. LLC
1050 Woodward Ave.
Detroit, MI 48226


Russell J. Singer
P.O. Box 485
Laguna Beach, CA 92652


Wells Fargo
P.O. Box 10347
Des Moines, IA 50306-0347

Bankston, Jr., Kenneth and Lali - - Pg. 1  of 1

Home Run PACE Funding

750 University Ave. # 140

Los Gatos, CA 95032

Joseph Sarachek, Attorney

670 White Plains Rd. # PH

Scarsdale, NY 10583

Lenard E. Schwartzer, Chapter 7 Trustee

2850 S Jones Blvd. # 1

Las Vegas, NV 89146

Rocket Mortgage, LLC

1050 Woodward Ave.

Detroit, MI 48226

Russell J. Singer

P.O. Box 485

Laguna Beach, CA 92652

Wells Fargo

P.O. Box 10347

Des Moines, IA 50306-0347