United States Bankruptcy Court

Eastern District of California

In re:                                     Case No. 26-22435-C

Kenneth Thomas Bankston Jr.               Chapter 7

Lali Ghlonti-Bankston

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0972-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: 309A | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Thomas Bankston, Jr., Lali Ghlonti-Bankston, 525 Wood Duck Drive, Suisun City,, CA 94585-2133 |
| 24284959 | + | Home Run PACE Funding, 750 University Ave 140, Los Gatos CA 95032-7698 |
| 24284960 | + | Joseph Sarachek Attorney, 670 White Plains Rd PH, Scarsdale NY 10583-5024 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: davechandler4331@yahoo.com | May 02 2026 03:30:00 | David N. Chandler, Jr., Law Offices of David N. Chandler, 1747 Fourth St., Santa Rosa, CA 95404 |
| tr | + | EDI: BNBFARRIS | May 02 2026 06:58:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |
| smg | | EDI: EDD.COM | May 02 2026 06:58:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 02 2026 06:58:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 24284962 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 02 2026 03:32:00 | Rocket Mortgage LLC, 1050 Woodward Ave, Detroit MI 48226-3573 |
| 24284963 | + | Email/Text: russellsinger@gmail.com | May 02 2026 03:32:00 | Russell J Singer, P O Box 485, Laguna Beach CA 92652-0485 |
| 24284964 | | EDI: WFCCSBK | May 02 2026 06:58:00 | Wells Fargo, P O Box 10347, Des Moines IA 50306-0347 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24284961 | ##+ | Lenard E Schwartzer Chapter 7 Trustee, 2850 S Jones Blvd 1, Las Vegas NV 89146-5640 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026      Signature:      /s/Gustava Winters

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kenneth Thomas Bankston Jr.** | | Social Security number or ITIN | **xxx–xx–4436** |
| | First Name    Middle Name    Last Name | | EIN  $\_\_\text{–}_____$ | |
| Debtor 2 (Spouse, if filing) | **Lali Ghlonti–Bankston** | | Social Security number or ITIN | **xxx–xx–2432** |
| | First Name    Middle Name    Last Name | | EIN  $\_\_\text{–}_____$ | |
| United States Bankruptcy Court | **Eastern District of California** | | | |
| Case number:   **26–22435 – S – C – 7** | | | Date case filed for chapter  **7:  4/29/26** | |

10/20

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Kenneth Thomas Bankston Jr. | | Lali Ghlonti–Bankston |
| 2. | **All other names used in the last 8 years** | dba KB Consultants | | |
| 3. | **Address** | 525 Wood Duck Drive Suisun City,, CA 94585 | | 525 Wood Duck Drive Suisun City, CA 94585 |
| 4. | **Debtor's attorney** Name and address | David N. Chandler Jr. Law Offices of David N. Chandler 1747 Fourth St. Santa Rosa, CA 95404 | | Contact phone:  707–528–4331 |
| 5. | **Bankruptcy trustee** Name and address | Nikki B. Farris 2607 Forest Ave #120 Chico, CA 95928 | | Contact phone:  530–898–1488 |

**For more information, see page 2 >**

**Please read both sides of this notice. The second page includes important information about the meeting of creditors in this case.**

Debtor: **Kenneth Thomas Bankston Jr.** and **Lali Ghlonti–Bankston**          Case number: **26–22435 – S – C – 7**

| 6. | **Bankruptcy clerk's office**<br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (916) 930–4400<br>Date: 5/1/26 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 9, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** | **Location:**<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 658 478 5225, and Passcode 2121432786, OR call 1 (530) 457–9902**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/10/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |